Sanford GRIMES, By and Through Lynda GRIMES and Sanford Grimes, his next best friends, Janelle Grimes, By and Through Lynda Grimes & Sanford Grimes, her next best friends, Valerie Major, a Minor, By and Through Chinniese Major, her next best friend, Rashi-

da Powell, a Minor By and Through David Powell and Janice Powell, his next best friends and Hasani Kimani Powell, a Minor, By and Through David Powell and Janice Powell, their next best friends, Plaintiffs–Appellants,

v.

Thomas SOBOL, Commissioner of Education of the State of New York, The New York State Education Department, Joseph Fernandez, Chancellor, New York City Public Schools and New York City Board of Education, Defendants–Appellees.

No. 434, Docket 93–9096.

United States Court of Appeals, Second Circuit.

Argued Sept. 28, 1994.

Decided Oct. 6, 1994.

Joseph Fleming, New York City, for plaintiffs-appellants.

Clement J. Colucci, Asst. Atty. Gen. of the State of N.Y., New York City (G. Oliver Koppell, Atty. Gen. of the State of N.Y., of counsel), for defendants-appellees Thomas Sobol and the New York State Educ. Dept.

Alan G. Krams, New York City (Paul A. Crotty, Corp. Counsel of the City of New York, Kristin M. Helmers, of counsel), for defendants-appellees Joseph Fernandez and New York City Bd. of Educ.

Before: WINTER, JACOBS, and CABRANES, Circuit Judges.

PER CURIAM:

We affirm for substantially the reasons stated in Part 3 of the Discussion section of the district court's opinion. *Grimes v. Sobol*, 832 F.Supp. 704, 709–713 (S.D.N.Y.1993).